

FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0346

_____

MATHEW RYAN AILER,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

_____

FILED

DEC 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

     Pursuant to Appellant Matthew Ryan Ailer's motion for extension to of time to file his opening brief and good cause appearing,

     IT IS HEREBY ORDERED that Appellant has until January 19, 2023, to file his opening brief.

     DATED this ____ day of December, 2022.

                   For the Court,

                   _____
                             Chief Justice